# Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

September 13, 2019

**BY ECF**
Hon. George B. Daniels
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow et al. v. Palestine Liberation Organization et al.*
                No. 18 Civ. 12213 (GBD)

Dear Judge Daniels:

    Plaintiffs respectfully request that the Court adjourn the status conference currently scheduled for September 26, 2019, due to a scheduling conflict of the undersigned.

    In addition, the Court may wish to await conclusion of proceedings in the Supreme Court in *Sokolow I* before scheduling the status conference. Plaintiffs' petition for certiorari is due on December 20, 2019.

    Counsel for defendants has informed us that defendants have no objection to the requested adjournment, nor to the postponement of further proceedings in this Court before the disposition of the petition for certiorari in *Sokolow I*.

                                          Respectfully submitted,

                                          Kent A. Yalowitz

cc:  Gassan A. Baloul
      Mitchell R. Berger

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com